JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0368 AG (CTx) | Date | August 12, 2009 |
|---|---|---|---|
| Title | JENNIFER L. SLOMA v. MERCEDES-BENZ USA, LLC, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:**   **[IN CHAMBERS] ORDER DISMISSING CASE WITHOUT PREJUDICE**

On July 14, 2009, the Court granted Defendant's motion to dismiss.  The Court gave Plaintiff 21 days to file amended complaint.  Plaintiff failed to file an amended complaint within the stated time frame.  Accordingly, the Court DISMISSES Plaintiff's case without prejudice.  All pending hearing dates and deadlines are vacated.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |